**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jeremy Jermain SUGGS, Defendant—**
**Appellant.**

**No. 07–10164.**

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Jan. 14, 2008.*

Filed Jan. 22, 2008.

Robert L. Ellman, Esq., Ray Gattinella, USLV—Office of the U.S. Attorney, Lloyd George Federal Bldg., Las Vegas, NV, for Plaintiff–Appellee.

Anne R. Traum, Esq., FPDNV—Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Jeremy Jermain Suggs appeals from the 245–month sentence imposed following his guilty-plea conviction for armed bank robbery in violation of 18 U.S.C. § 2113(a) & (b), and for possession of a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(iii). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand.

Suggs contends that his sentence is not reasonable. We disagree, and we conclude that Suggs' sentence is not unreasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

Next, Suggs contends, and the government concedes, that the district court erred by imposing consecutive terms of supervised release pursuant to 18 U.S.C. § 3624(e). We agree. Accordingly, we vacate and remand to the district court to sentence Suggs to concurrent terms of supervised release. *See United States v. Sanders,* 67 F.3d 855, 856 (9th Cir.1995).

**VACATED and REMANDED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

